IN THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br>APRIL ANN NELSON,<br><br>    Debtor. | CASE NO.  23-00243-lmj7<br><br>ADVERSARY PROCEEDING NO. 23-30010-lmj |
| APRIL ANN NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVIENT CREDIT FINANCE CORPORATION AND NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | JOINT STIPULATION FOR DISMISSAL |

COMES NOW April Ann Nelson ("Plaintiff"), by and through her undersigned attorney, and Navient Solutions, LLC ("NSL"), on behalf of itself and named defendant Navient Credit Finance Corporation, by and through their attorney, and hereby agree and stipulate to the following facts as to the Joint Stipulation for Dismissal.

1. Plaintiff filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code on March 6, 2023.

2. Plaintiff filed a Complaint to Determine Dischargeability of Debt on March 22, 2023.

3. As of the filing of the instant adversary proceeding, the Plaintiff was indebted to NSL pursuant to the applicable terms of two (2) educational loan Promissory Notes ("Promissory Notes"), executed by the Plaintiff to obtain educational loans

("Student Loans"), with an approximate balance, as of the filing of this instant adversary proceeding, as follows:

a. one (1) educational loan initially disbursed on or about November 24, 2003, with a balance, including principal and interest, totaling $26,233.10; and

b. one (1) educational loan initially disbursed on or about July 26, 2004, with a balance, including principal and interest, totaling $25,910.00.

4. As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Student Loans evidenced by the Promissory Notes, including principal and interest, in the aggregate amount of approximately $52,143.10.

5. NSL has granted Plaintiff an administrative discharge of her student loans based on her School Misconduct Discharge Application.

6. The parties are in agreement that the instant adversary proceeding should be dismissed without prejudice, with each party to bear its own litigation expenses, including costs and attorneys' fees.

**DATED:** August 6, 2024.

/s/ Nicole Hughes
Nicole Hughes, AT0002263
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA 51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
Email: nhughes@telpnerlaw.com
ATTORNEY FOR PLAINTIFF

/s/ Andrew R. Biehl
Andrew R. Biehl, AT011557
Walentine O'Toole, LLP
11240 Davenport St.
P.O. Box 540125
Omaha, NE 68154-0125
Telephone: (402) 330-6300
Facsimile: (402) 330-6303
Email: abiehl@walentineotoole.com
ATTORNEYS FOR NAVIENT SOLUTIONS, LLC